BEFORE THE THIRD DIVISION, DECEMBER 5, 1962

No. 67243.—National Silver Company *v.* United States, protests 61/4985, 61/4986, and 61/4987 (Seattle).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 6, 1962

No. 67244.—World Sales, Inc., et al. *v.* United States, protests 61/21271, etc. (Los Angeles).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

DECEMBER 5, 1962

No. 67245.—Tigrett Industries, Inc. *v.* United States, protest 58/1–3. ▇▇▇▇ Plaintiff's application for rehearing granted.